UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**Case Number: 21-CR-10009-MARTINEZ**

UNITED STATES OF AMERICA

v.

OLEG OLIYNYK,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Lurana Snow on November 25, 2024 **[ECF No. 54]**. A Report and Recommendation was filed on November 27, 2024, recommending that the Defendant's plea of guilty be accepted **[ECF No. 58]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 58]** of United States Magistrate Judge Lurana Snow, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

    The Defendant is adjudged guilty of Counts Two and Three of the Superseding Indictment. Count Two charges the Defendant with Money Laundering Conspiracy, in violation of Title 18, United States Code, Section 1956(h). Count Three charges the Defendant with Conspiracy to Defraud the United States (*Klein*), in violation of Title 18, United States Code, Section 371. The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter for **Monday, January 27, 2025, at 11:30 a.m.**, before the Honorable District Judge Jose E. Martinez, at the Sidney M. Aronovitz United States Courthouse, 301 Simonton Street, Key West, Florida 33040.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 11 day of December, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lurana Snow
All Counsel of Record
U.S. Probation Office